UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LAMONT STEBBINS, | No. 2:21-cv-1010 KJN P |
| Plaintiff, | |
| v. | ORDER |
| SAN JOAQUIN COUNTY HELATH CARE SERVICES MEDICAL STAFF, et al., | |
| Defendants. | |

Plaintiff, a county inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out. Also, plaintiff has not filed a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff provided a copy of his resident account statement from the San Joaquin County Jail, but the statement covers January 1, 2018, to November 17, 2020, not the last six months, and is not certified. Plaintiff is provided the opportunity to submit a completed in forma pauperis application with certification and a current inmate trust account statement in support of his application.

////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: June 14, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/steb1010.3c+new