1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MARK LAMONT STEBBINS,                    No.  2:21-cv-1010 JAM KJN P

12                  Plaintiff,

13          v.                                  ORDER

14    SAN JOAQUIN COUNTY HEALTH
      CARE SERVICES MEDICAL STAFF, et
15    al.,

16                  Defendants.

17

18          Plaintiff is a county jail inmate.  On July 29, 2021, the undersigned recommended that this

19    action be dismissed based on plaintiff's failure to file a completed application to proceed in forma

20    pauperis and certified trust account statement.  On August 5, 2021, plaintiff filed a letter stating

21    that he was still waiting for his certified copy of the trust account statement from the San Joaquin

22    County Jail's trust department.[1]  Good cause appearing, plaintiff is granted an extension of time

23    in which to submit the completed application to proceed in forma pauperis and a certified copy of

24    his trust account statement for the last six months.  The findings and recommendations are

25    ////

26    _____

27    [1]  Plaintiff also inquired whether he would still be eligible for in forma pauperis status if he sent
      his stimulus funds to his family for family expenses.  Plaintiff is advised that this court may not
      provide advisory rulings or provide legal advice.  Once plaintiff submits the required documents,
28    the undersigned will address his request for in forma pauperis status.

1   vacated.  However, plaintiff is cautioned that failure to timely submit such documents will result

2   in a recommendation that this action be dismissed.

3        Accordingly, IT IS HEREBY ORDERED that:

4        1.  The July 29, 2021 findings and recommendations (ECF No. 9) are vacated.

5        2.  Plaintiff's request (ECF No. 10) is partially granted; and

6        3.  Plaintiff is granted thirty days from the date of this order in which to comply with the

7   June 14, 2021 order by providing a completed application to proceed in forma pauperis and a

8   certified copy of his trust account statement for the last six months.

9   Dated:  August 24, 2021

10

11   KENDALL J. NEWMAN
     UNITED STATES MAGISTRATE JUDGE

12

13   /steb1010.vac.36

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2