1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARK LAMONT STEBBINS,                    No.  2:21-cv-1010 JAM KJN P

12              Plaintiff,

13         v.                                 ORDER

14   SAN JOAQUIN COUNTY HEALTH
     CARE SERVICES MEDICAL STAFF, et
15   al.,

16              Defendants.

17

18         Plaintiff, a county inmate proceeding pro se, filed a civil rights action pursuant to 42

19   U.S.C. § 1983.  On August 24, 2021, plaintiff was directed to submit a completed application to

20   proceed in forma pauperis and a certified copy of his trust account statement for the last six

21   months.  Plaintiff filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C.

22   § 1915.  However, plaintiff did not file a certified copy of his inmate trust account statement for

23   the six-month period immediately preceding the filing of the complaint.  See 28 U.S.C.

24   § 1915(a)(2).  Therefore, plaintiff is provided one final opportunity to submit the certified copy of

25   his inmate trust account statement.  Plaintiff is cautioned that failure to provide the trust account

26   statement may result a recommendation that this action be dismissed.

27         In accordance with the above, IT IS HEREBY ORDERED that:

28   ////

                                            1

1.  Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint.  Plaintiff's failure to comply with this order may result in a recommendation that this action be dismissed without prejudice.

2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated:  October 13, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/steb1010.3e

2