UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LAMONT STEBBINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAN JOAQUIN COUNTY HEALTH CARE SERVICES MEDICAL STAFF, et al.,<br><br>　　　　Defendants. | No.  2:21-cv-1010 JAM KJN P<br><br>ORDER |

　　　　Plaintiff, a county inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983.  On October 13, 2021, plaintiff was directed to submit a certified copy of his trust account statement for the six-month period prior to the filing of this action.  On November 3, 2021, plaintiff filed a response stating that despite his request for a certified copy of his trust account statement from August 2018 to the present, jail officials had not yet provided one.

　　　　Plaintiff previously provided a certified trust account statement for July 26, 2018, through November 16, 2020, which did not provide current information.  (ECF No. 2.)  Also, plaintiff is not required to submit a trust account statement for such a lengthy period.  Rather, plaintiff is only required to provide a trust account statement for the six-month period immediately prior to the filing of this action.  See 28 U.S.C. § 1915(a)(2).  Therefore, plaintiff should provide a trust account statement for the period December 2020 through June 2021.

1

Plaintiff is granted an extension of time to submit the certified copy of his inmate trust account statement for the six-month period. Plaintiff is cautioned that failure to provide the trust account statement may result a recommendation that this action be dismissed.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff is granted an additional thirty days from the date of this order to submit a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order may result in a recommendation that this action be dismissed without prejudice.

Dated:  November 12, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/steb1010.3e2

2